UNITED STATES DISTRICT COURT
For the District of Maryland

| | |
|---|---|
| **Yohana Andrade Ochoa** <br> 12926 Valleywood Drive <br> Silver Spring, MD 20906 <br><br> Plaintiff <br><br> v. <br><br> 1. **Jamaal Lamont Bundy** <br>    9021 Little Stone Drivee <br>    Ft. Washington, MD 20744 <br><br> And <br><br> 2. **United States Post Office** <br>    11431 Amherst Ave <br>    Silver Spring, MD 20902 <br><br> Serve: Ruth A. Przybeck <br>          Chief Counsel- Torts <br>          1720 Market Street, Room 2400 <br>          St. Louis, MO 63155-9948 <br><br> Defendant(s) | Case No.:_____ |

## COMPLAINT

Plaintiff, Yohana Andrade Ochoa by and through his undersigned counsel, R. Manny Montero, Esq. and the Montero Law Group, LLC, sues Defendants, Jamaal Lamont Bundy and the United States Post Office, (hereinafter "Defendant") and states as cause the following:

### PARTIES AND JURISDICTION

1. Plaintiff is a resident of Montgomery County, Maryland.

2. Defendant Jamaal Lamont Bundy is a resident of Prince George's County, Maryland.

3. The United States Post Office (hereinafter "USPS") is a national public entity that

conducts business throughout the State of Maryland as well as nationwide.

4. This lawsuit involves allegations of an automobile accident.

5. Jurisdiction and venue are proper in this Court because the accident occurred in Montgomery County, Maryland.

## FACTS

6. On or about July 12, 2021 at approximately 6:23 p.m., Plaintiff was crossing Connecticut Avenue at the intersection with Weller Road in Silver Spring, Montgomery County, Maryland; Plaintiff was walking in the crosswalk with a walk signal. At that time and place, Defendant Jamaal Lamont Bundy was traveling east on Weller Road, Defendant attempted to make a left hand turn onto Connecticut Avenue to continue northbound. Defendant Jamaal Lamont Bundy failed to pay proper time and attention and to yield the right of way to Plaintiff, and consequently struck and severely injured the Plaintiff.

## COUNT I: NEGLIGENCE (JAMAAL LAMONT BUNDY)

7. Plaintiff hereby adopts and incorporates all above paragraphs of the complaint.

8. Defendant Jamaal Lamont Bundy, on July 12, 2021 was operating a motor vehicle traveling eastbound on Weller Road in Silver Spring, Maryland. Defendant Jamaal Lamont Bundy attempted to make a left hand turn to continue northbound on Connecticut Avenue and failed to pay proper time and attention and to yield the right of way to Plaintiff and consequently struck and severely injured the Plaintiff.

9. At the relevant time and place, it was the duty of the Defendant Jamaal Lamont Bundy to operate the postal truck in a safe and proper manner, to keep the postal truck under proper control, to obey lawful traffic signals, to yield the right of way, to maintain a reasonable and proper lookout, to keep a safe distance between the postal truck and the Plaintiff's

person, to use reasonable care at all times in the maintenance and operation of the postal truck and otherwise to operate the postal truck so as not to endanger the lives and property of other persons in compliance with the laws, rules and regulations of Montgomery County, Maryland which were then and there in full force and effect.

10. Defendant Jamaal Lamont Bundy breached these duties by carelessly, recklessly and negligently operating the postal truck. Defendant Jamaal Lamont Bundy failed to keep a proper lookout and to maintain the postal truck safely by striking Plaintiff, while Plaintiff was crossing Connecticut Avenue, in the crosswalk and with a walk signal. The Defendant's negligence included but was not limited to, failure to keep an appropriate distance for the road conditions, failure to maintain proper control of the postal truck, failure to maintain a proper lookout, and driving the postal truck in a negligent, reckless and careless manner, all in violation of the motor vehicle rules and regulations then and there in full force and effect in Montgomery County, Maryland thus causing this collision and injury to the Plaintiff.

11. As a direct and proximate result of the aforementioned negligence, Plaintiff sustained damages including but not limited painful and permanent bodily injury, pain and suffering and other causally related expenses.

12. At all times relevant to this accident, Plaintiff was free from any negligence contributing thereto.

WHEREFORE Plaintiff demands judgment for damages against Defendant, Jamaal Lamont Bundy, in the amount of ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($100,000.00) plus costs of litigation and attorney's fees to be determined at trial as damages for Defendant's negligence, and for such other and further relief as this Court deems proper.

## COUNT II- RESPONDEAT SUPERIOR

13. Plaintiff hereby adopts and incorporates paragraphs 1-12 of the complaint.

14. On or about July 12, 2021, a USPS truck was being operated by a USPS employee, Jamaal Lamont Bundy. The USPS vehicle was negligently operated and caused damage to Plaintiff as set forth above.

15. Under the doctrine of Respondeat Superior, USPS is liable for the actions of Defendant Jamaal Lamont Bundy.

16. Defendant Bundy's actions in failing to keep proper control of USPS's truck directly and proximately caused Plaintiff to sustain damages including medical expenses, special damages, and pain and suffering.

WHEREFORE Plaintiff demands judgment for damages against Defendant, USPS, in the amount of ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($100,000.00) plus costs of litigation and attorney's fees to be determined at trial as damages for Defendant's negligence, and for such other and further relief as the Court deems proper.

## COUNT III- NEGLIGENCE ENTRUSTMENT- (USPS)

17. Plaintiff hereby adopts and incorporates paragraphs 1-16 of the complaint

18. On or about July 12, 2021, a USPS vehicle was being operated by a USPS employee, Jamaal Lamont Bundy. The USPS truck was negligently operated and caused damage to Plaintiff as set forth above.

19. Upon information and belief, Defendant USPS failed to properly train, supervise, and manage Defendant Jamaal Lamont Bundy and should not have allowed Defendant Jamaal Lamont Bundy to operate a USPS vehicle.

20. Defendant USPS was negligence was negligent in entrusting its vehicle to Defendant Jamaal Lamont Bundy and thereby liable to the Plaintiff who suffered injuries and damages as a result of the Defendant Jamaal Lamont Bundy operating of a USPS vehicle.

WHEREFORE Plaintiff demands judgment for damages against Defendant, USPS, in the amount of ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($100,000.00) plus costs of litigation and attorney's fees to be determined at trial as damages for Defendant's negligence, and for such other and further relief as this Court deems proper.

Respectfully submitted,
**MONTERO LAW GROUP, LLC**

*/s/R. Manny Montero*
R. Manny Montero, Esq.
Federal Bar No.: 14911
*Attorney for Plaintiff*
1738 Elton Road, Suite 105
Silver Spring, Maryland 20903
Tel.: 301.588.8100
Fax: 301.588.8101
Email: mmontero@monterolawgroup.com